IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No. C 09-1845 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

　　　This is a habeas case filed pro se by a state prisoner. In the initial review order the petition was dismissed with leave to amend within thirty days. In that order petitioner was warned that if he did not amend within the time allowed the case would be dismissed. The deadline has passed and petitioner has not amended.

　　　This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated: August __3__, 2009.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\HERNANDEZ1845.DSM.wpd